IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-CR-240-BO
NO. 5:11-CV-598-BO

ORLANDO MARCUS CRUDUP,     )
            Petitioner,    )
                           )
v.                         )     O R D E R
                           )
UNITED STATES OF AMERICA,  )
            Respondent.    )

This matter is before the Court on petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [DE 37]. Petitioner, Mr. Crudup, asserts that he is not guilty of having been a felon in possession of a firearm in violation of 18 U.S.C. § 922(g) in light of the Fourth Circuit's holding in *United States v. Simmons*, 649 F.3d 237 (4th Cir. 2011) (en banc).

The government has withdrawn its response in opposition to Mr. Crudup's motion, and now states that it waives its reliance on the statute-of-limitations defense and asks that the Court vacate Mr. Crudup's conviction [DE 48].

In light of the foregoing and the hearing held in this matter on September 12, 2012, the Court accepts the government's withdrawal and GRANTS Mr. Crudup's § 2255 motion. The judgment, conviction, and sentence entered in this matter on June 18, 2008, are hereby VACATED.

SO ORDERED, this 12 day of September, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE